AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| United States of America<br>v.<br>**TY JAMES STEPHENSON**<br><br>*Defendant* | )<br>)  Case No. 1:24CR55-1<br>)<br>)<br>)<br>) |

FILED IN THIS OFFICE
MAR 1 3 2024
Clerk U.S. District Court
Greensboro, NC
BY: [signature]

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TY JAMES STEPHENSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Production of Child Pornography in violation of Titile 18:2251(a) and (e); Knowingly distribute and attempt to disturbute Child Pornography in violation of 18:2252A(a)(2)(A) and (b)(1); Production of Child Pornography in violation of Titile 18:2251(a) and (e); Production of Child Pornography in violation of Titile 18:2251(a) and (e); Production of Child Pornography in violation of Titile 18:2251(a) and (e); Possession of Child Pornography under the age of 12 in violation of 18:2252A(a)(5)(B) and (b)(2)

** The United States attorney request a detention hearing**

Date: 02/27/2024

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Ashley Lee, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/27/2024, and the person was arrested on *(date)* 3/12/2024
at *(city and state)* Durham, North Carolina.

Date: 3/12/2024

RECEIVED
FEB 27 2024
US Marshals Service. M/NC

[signature]
*Arresting officer's signature*

Anne Carter - Task Force Officer
*Printed name and title*